UNITED STATES DISTRICT COURT
THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| RYON PIPHUS, | ) |
| | ) |
|       Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:21-CV-071-RGJ |
| | ) |
| SPECIALIZED ALTERNATIVES | ) |
| FOR FAMILIES AND YOUTH | ) |
| OF KENTUCKY, | ) |
| | ) |
|       Defendants. | ) |

**NOTICE OF SETTLEMENT**

Plaintiff, Ryon Piphus, by counsel, hereby respectfully notifies the Court that the Parties have agreed to settle this matter. Plaintiff requests a stay of proceedings for forty-five (45) days, so that the Parties can consummate the settlement. Once the terms of the settlement have been fully complied with, the Parties will enter a Stipulation of Dismissal.

**Date:** April 12, 2021

Respectfully submitted,

/s/ *Devan A. Dannelly*
Devan A. Dannelly, Atty No. 98470
BIESECKER, DUTKANYCH & MACER, LLC
101 North Seventh Street
Louisville, Kentucky 40202
Telephone: (502) 561-3484
Facsimile: (812) 424-1005
Email: ddannelly@bdlegal.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a copy of the foregoing has been served this 12th day of April 2021 by electronic transmission to the addresses on record with the court for the following counsel of record for Defendant:

Danielle J. Lewis (KBA No. 93802)
Steven B. Lowery (KBA No. 98753)
730 W. Main Street, Suite 300
Louisville, Kentucky 40202
T: (502) 584-1310
F: (502) 589-5436
dlewis@reminger.com
slowery@reminger.com
*Attorneys for Defendant*

       /s/ Devan A. Dannelly
       Devan A. Dannelly