UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| RYON PIPHUS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:21-cv-71-RGJ |
| | ) | |
| SPECIALIZED ALTERNATIVES | ) | |
| FOR FAMILIES AND YOUTH | ) | |
| OF KENTUCKY, INC. | ) | |
| | ) | |
| Defendant | ) | |

**AGREED ORDER OF DISMISSAL**

Upon agreement by the Plaintiff, Ryon Piphus, and the Defendant, Specialized Alternatives for Families and Youth of Kentucky, Inc., by counsel, and the Court being sufficiently advised:

**IT IS HEREBY ORDERED** that Plaintiff's claims asserted in this litigation against Defendant are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own attorneys' fees and costs.

This _____ day of _____, 2021.

HAVING SEEN AND AGREED:

/s/ *Devan A. Dannelly (w/ permission)*                 /s/ *Steven B. Lowery*

Devan A. Dannelly                                                         Steven Brett Lowery
Andrew Dutkanych III                                                  Danielle J. Lewis
BIESECKER DUTKANYCH & MACER, LLC              REMINGER CO., L.P.A.
101 North Seventh Street                                           730 W. Main St., Suite 300
Louisville, KY 40202                                                    Louisville, KY 40202
ddannelly@bdlegal.com                                              slowery@reminger.com
ad@bdlegal.com                                                          dlewis@reminger.com
**Counsel for Plaintiff**                                              **Counsel for Defendant**

## **CERTIFICATE OF SERVICE**

  This is to certify by the undersigned that on the 26th day of May, 2021, I electronically filed the foregoing with the clerk of court by using the CM/ECF system, which will send a notice of electronic filing to all parties of record.

                 /s/ *Steven B. Lowery*
                 *Counsel for Defendant*